IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WASHINGTON,<br><br>　　　Petitioner,<br><br>　　　v.<br><br>J. WOODFORD, Director, et al.,<br><br>　　　Respondents.<br>_____/ | 1:06-CV-00194-OWW-WMW-HC<br><br>ORDER VACATING REPORT<br>AND RECOMMENDATION OF<br>MAY 4, 2006<br>[Document #4] |

　　　Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 4, 2006, Magistrate William M. Wunderlich submitted a report and a recommendation to United States District Judge Oliver W. Wanger to dismiss petitioner's petition for failure to comply with the court's order of March 21, 2006, which ordered petitioner to submit an application to proceed in forma pauperis, or in the alternative, to pay the $5.00 filing fee. On May 12, 2006, 2006, petitioner did submit an application to proceed in forma pauperis. Due to petitioner's compliance with the order of May 12, 2006, and good cause appearing, IT IS HEREBY ORDERED that the report and recommendation of May 4, 2006, is VACATED.

　　　IT IS SO ORDERED.

**Dated:　August 23, 2006**　　　　　　　　**/s/  William M. Wunderlich**
bl0dc4　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE