IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WASHINGTON,<br><br>Petitioner,<br><br>vs.<br><br>J. WOODFORD, Director, et al.,<br><br>Respondents.<br>_____/ | 1:06-CV-00194-OWW-WMW-HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CASE<br><br>(Doc. 8, 9) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On November 14, 2007, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. Petitioner filed objections on November 28, 2007.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). In his objections, Petitioner correctly states that he filed a motion to proceed in forma pauperis in this case. That motion, however, was denied by the Court on October 4, 2006.

Petitioner also alleges that he has paid the filing fee for this case and that the prison

authorities and the court have obstructed his access to the court by claiming that he has not.  The Court has repeatedly addressed the grounds for Petitioner's motion in other cases.  See e.g., Washington v. Woodford, 1:05-CV-1487 OWW LJO HC; Washington v. Scribner, 1:05-CV-1536 OWW LJO HC;  Washington v. Woodford, et al., 1:05-CV-1608 OWW TAG HC; Washington v. Scribner, 1:05-CV-1547 AWI DLB HC; Washington v. Scribner, 1:05-CV-1535 OWW TAG HC; Washington v. Woodford, 1:06-CV-001 OWW TAG HC; Washington v. Woodford, 1:05-CV-1506 AWI DLB HC; Washington v. Woodford, 1:05-CV-1490 REC WMW HC; Washington v. Scribner, 1:05-CV-1488 AWI TAG HC; Washington v. Woodford, 1:05-CV-1477 REC DLB HC.  Petitioner's allegations in this case repeat those made in his other cases.   The Court finds that Petitioner's complaints of obstruction and malfeasance by the prison trust account office are completely unsubstantiated and unfounded, because he has failed to provide any specifics on his attempts to comply, despite having had repeated opportunities to do so.   Further, according to Court records, it was Petitioner who obstructed the progress of this and other cases by refusing to accept mail from the Court.  See Washington v. Woodford, 1:05-CV-1626 OWW DLB HC; Washington v. Woodford, 1:06-CV-0316 AWI SMS HC; Washington v. Woodford, et al., 1:05-CV-1507 AWI WMW HC; Washington v. Woodford, 1:05-CV-1506 AWI DLB HC; Washington v. Woodford, et al, 1:05-CV-1505 OWW WMW HC.

     Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

     Based on the foregoing, it is HEREBY ORDERED  that:

1. The findings and recommendations issued by the Magistrate Judge on November 14,  2007, are a adopted in full;
2. The Petition for Writ of Habeas Corpus is dismissed; and
3. The Clerk of the Court is directed to enter  judgment for Respondent and to close this case.

IT IS SO ORDERED.

Dated:    **December 21, 2007**          /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE